UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case # 2:18-cv-04263

GISELLE BASSARATH
on behalf of himself and herself and
all other similarly situated consumers

NOTICE OF SETTLEMENT

Plaintiffs,

-against-

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 25 2018 ★

MULLEN AND IANNARONE, P.C.

LONG ISLAND OFFICE

Defendant.

Jacob Silver, Attorney for the Plaintiff, provides notice to the Court that the present case has been settled between the parties, and states that:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. Plaintiff respectfully requests that the Court stays this case and adjourns all deadlines and conferences.

Dated: Nassau, New York
       October 23, 2018

/s/ Jacob Silver

Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3835
(718) 534-0057 – Fax
silverbankruptcy@gmail.com

Case closed. The parties are granted leave to re-open the case in the event that settlement is not consummated. SO ORDERED.

*/s/ Arthur D. Spatt*
Arthur D. Spatt, U.S.D.J.

10/25/18
Date